IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Plaintiff,

v.                                                CASE NO. 1:06-cv-00199-MP-AK

NORMAN BOTSFORD, CONCANNON, A VANN HALL,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Motion for Leave of Court to Focus on Single Issue and Request for Open Court Hearing by Robert Neville, Doc. 104. Plaintiff's case was dismissed on summary judgment in 2008, Doc. 91. He then filed a Motion for Reconsideration, which was denied, Doc. 102. Now he files another motion, attempting a third time to re-litigate the issues already decided. The motion is DENIED.

    **DONE AND ORDERED** this  *3rd*  day of May, 2010

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge