IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

Plaintiff,

v. CASE NO. 1:06-cv-00199-MP-AK

NORMAN BOTSFORD, CONCANNON, A VANN HALL,

Defendants.

_______________________________/

**O R D E R**

This matter is before the Court on Plaintiff's failure to show cause why he should not be sanctioned under Rule 11 of the Federal Rules of Civil Procedure. On May 10, 2010, Plaintiff was ordered to show cause why he should not be sanctioned for the filing of numerous apparently frivolous motions subsequent to the grant of summary judgment against him. After he filed two more apparently frivolous motions, the Court ordered Plaintiff again to show cause why he should not be sanctioned, this time setting a deadline of June 2, 2010 for Plaintiff's response.

Plaintiff failed to respond to the orders to show cause by the appointed deadline.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Defendant is directed to provide for the Court an application for attorney's fees and expenses relating to the work done in response to Plaintiff's motions at Docs. 108, 104, and 101. Defendant may include the time necessary to draft the application itself.

2. Defendant is directed to provide for the Court a separate application for attorney's fees and expenses relating to the work done, if any, regarding Plaintiff's motions at Docs. 110, 111, 113, 114, and 115. Defendant may include the time necessary

to draft the application itself.

3. Defendant shall file these applications no later than close of business Friday, June 11, 2010.

**DONE AND ORDERED** this *4th* day of June, 2010

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge