IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Plaintiff,

v.                                                           CASE NO. 1:06-cv-00199-MP-AK

NORMAN BOTSFORD, CONCANNON, A VANN HALL,

    Defendants.

_____/

## ORDER IMPOSING SANCTIONS

This matter is before the Court on Plaintiff's failure to show cause why he should not be sanctioned under Rule 11 of the Federal Rules of Civil Procedure. On May 10, 2010, Plaintiff was ordered to show cause why he should not be sanctioned for the filing of numerous frivolous motions over a year after the grant of summary judgment against him. After he filed two more frivolous motions, the Court ordered Plaintiff again to show cause why he should not be sanctioned, this time setting a deadline of June 2, 2010 for Plaintiff's response.

Plaintiff failed to respond to the orders to show cause by the appointed deadline. Plaintiff also continued to file more frivolous motions, taking up the Court's limited time and taking up the limited time of Defendants and Defendants' counsel. Defendants have filed applications for attorney's fees, covering the time and effort required to analyze these numerous frivolous filings. Specifically, the frivolous filings mentioned in and filed after the orders to show cause are found

on the docket at Docs. 101, 104, 108, 111, 113, 114, 115, 118, and 121.

Repetition of this impermissible conduct, the filing of legally meritless motions that have the effect of harassing and increasing the costs of the opposing party, must be deterred. The amount of sanctions must be sufficient (but not greater than necessary) to deter not only this particular blameworthy conduct, but all comparable conduct by others similarly situated. Fed. R. Civ. P. 11(c)(4). Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Plaintiff must pay to Defendants $1,690.00 to satisfy their attorney's fees. Payment shall be made in full no later than Tuesday, June 29, 2010.

2. Plaintiff is fined in the amount of $3,380.00, which must be paid to the Clerk of Court no later than Tuesday, July 13, 2010.

3. Plaintiff is hereby put on notice that any further motions filed in this case may be reviewed to determine if they are legally meritorious and filed in good faith, and that further sanctions may follow any further filings.

4. The Clerk is directed to TERMINATE all pending motions in this case.

**DONE AND ORDERED** this  *15th* day of June, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge