IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Plaintiff,

v.                                     CASE NO. 1:06-cv-00199-MP-AK

NORMAN BOTSFORD, CONCANNON, A VANN HALL,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Motion for Reconsideration of the Order Imposing Sanctions, Doc. 122, by Robert Neville, Doc. 127. After recounting extensively his view of the history of this case, Plaintiff opines that "it is clear that the sanctions imposed n (sic) this case are inappropriate." This Court disagrees. Motion for Reconsideration, Doc. 122, is DENIED.

**DONE AND ORDERED** this  *29th* day of June, 2010

                            *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge