IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Plaintiff,

v.                                            CASE NO. 1:06-cv-00199-MP -AK

NORMAN BOTSFORD, CONCANNON, A VANN HALL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 138, Motion for Waiver of PACER Fees Filed by Robert Neville. As directed by Congress, the Judicial Conference has established the Electronic Public Access Fee Schedule, effective August 1, 2010. Section I of the Electronic Public Access Fee Schedule states that "courts may, upon a showing of cause, exempt indigents . . . from payment of these fees." On October 26, 2006, this Court granted Plaintiff's Motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Thus, the Court may, upon a showing of cause, waive Plaintiff's PACER fees.

Plaintiff has not shown cause for the waiver of PACER fees. All documents related to the instant case were served on Plaintiff at his residence. Furthermore, Plaintiff has access to PACER without charge from the public terminals within the United States Courthouse, which is located approximately four miles from Plaintiff's residence.

Accordingly it is

**ORDERED AND ADJUDGED:**

    1.    Plaintiff's Motion for Waiver of PACER fees is DENIED with leave to re-submit upon a showing of good cause.

**DONE AND ORDERED** this  *29th* day of December, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
